**Frank HOWARD, Appellant,**

**v.**

**Dr. Lee Roy BLACK, et al., Respondents.**

**No. WD 40747.**

Missouri Court of Appeals, Western District.

Oct. 18, 1988.

Frank Howard, Jefferson City, pro se.

William L. Webster, Atty. Gen., Jefferson City, Maria W. Campbell, Asst. Atty. Gen., for respondents.

Before COVINGTON, J., Presiding, and NUGENT and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeal from withdrawal of leave to proceed *in forma pauperis* and from dismissal of petition.

Affirmed.   Rule 84.16(b).